# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

MARIANO TORRES-SAINZ,

           Petitioner,

    v.

MICHAEL L. BENOV,

           Respondent.

Case No. 1:13-cv-00896-LJO-SKO  HC

ORDER DIRECTING CLERK
OF COURT TO AMEND CAPTION

---

Pursuant to F.R.Civ.P. 25(d), when a public party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending, the officer's successor is automatically substituted as a party.  In the above-captioned case, Craig Apker has succeeded Michael L. Benov as the administrator of  Taft Correctional Institution, Taft, California.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Craig Apker, Administrator, Taft Correctional Institution,  as Respondent.


IT IS SO ORDERED.

Dated:  __April 12, 2017__                  __/s/ Sheila K. Oberto__
                                   UNITED STATES MAGISTRATE JUDGE