UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| MARIANO TORRES-SAINZ, | No. 1:13-cv-00896-LJO-SKO HC |
|---|---|
| Petitioner, | **ORDER DIRECTING RESPONDENT TO SUBMIT PROPOSED ORDER IN COMPLIANCE WITH APPELLATE COURT ORDER OF REMAND** |
| v. | |
| CRAIG APKER, | |
| Respondent. | |

On August 5, 2015, Petitioner Mariano Torres-Sainz filed a notice of appeal in the U.S. Court of Appeals for the Ninth Circuit concerning this Court's denial of his petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Thereafter, Respondent provided Petitioner a new administrative hearing in which the good conduct time that was the subject of the petition was restored. Accordingly, Respondent moved for remand to this Court. On March 15, 2017, the Ninth Circuit Court remanded the case with directions to augment the record with the Declaration of DHO Richard Devereaux and to determine whether it shall retain further jurisdiction over the case. *See Torres-Sainz v. Apker*, Docs. 11 and 13 (Case No. 15-16564).

The Ninth Circuit's having remanded the case to the District Court and the Clerk of Court having reopened the case on the District Court docket, Respondent is hereby DIRECTED to submit, within thirty (30) days of this order, a proposed order in compliance with the terms of the Ninth Circuit order of remand.

IT IS SO ORDERED.

Dated: __**April 12, 2017**__          /s/ *Sheila K. Oberto*
                                                               UNITED STATES MAGISTRATE JUDGE