UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIANO TORRES-SAINZ,<br><br>    Petitioner,<br><br>  v.<br><br>CRAIG APKER,<br><br>    Respondent. | No. 1:13-cv-00896-LJO-SKO HC<br><br>**ORDER DIRECTING PETITIONER TO RESPOND TO MOTION TO DISMISS**<br><br>**(Doc. 29)** |

Respondent Craig Apker, Warden, Taft Correctional Institution, Taft, California, has filed a motion to dismiss as moot the petition in the above-captioned case. Petitioner shall have 21 days from the date of this order to file a response. Respondent shall have seven (7) days from the date on which the response is filed to file a reply, if any. The Court shall then take the matter under submission.

IT IS SO ORDERED.

Dated: **May 23, 2017**           /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE